FILED
September 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D33

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title:** | Frederick Nathaniel Goodwill and Judy Dawn Goodwill |
| **Case No:** | 11-14366 - B - 7 |
| **Date:** | 9/8/11 |
| **Time:** | 10:00 |
| **Matter:** | [25] - Motion/Application to Convert Case From Chapter 7 to Chapter 13 [CEF-1] Filed by Debtor Frederick Nathaniel Goodwill, Joint Debtor Judy Dawn Goodwill (cwaf) |
| **Judge:** | W. Richard Lee |
| **Courtroom Deputy:** | Jennifer Dauer |
| **Reporter:** | Karen Griswold |
| **Department:** | B |

**APPEARANCES for:**
**Movant(s):**
  Debtor(s) Attorney - Curtis E. Floyd
**Respondent(s):**
(by phone)  U.S. Trustee's Attorney - Gregory Powell

CIVIL MINUTE ORDER

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that the case is converted from a chapter 7 to a case under chapter 13.

Dated: Sep 08, 2011

W. Richard Lee
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Curtis Floyd
903 H St #200
Bakersfield, CA 93304


Gregory Powell
2500 Tulare St #1401
Fresno, CA 93721


Frederick Goodwill
804 Silver Oak Drive
Bakersfield, CA 93312


Judy Goodwill
804 Silver Oak Drive
Bakersfield, CA 93312


Randell Parker
3820 Herring Rd
Arvin, CA 93203